IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARRIS GROUP, INC., ARRIS ENTERPRISES, INC., ARRIS SOLUTIONS, INC., and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONSTELLATION TECHNOLOGIES LLC, and ROCKSTAR CONSORTIUM US LP,<br><br>　　　　　Defendants. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 BY PLAINTIFFS
ARRIS GROUP, INC., ARRIS ENTERPRISES, INC., ARRIS SOLUTIONS, INC.,
<u>AND GENERAL INSTRUMENT CORPORATION</u>**

Plaintiffs ARRIS Group, Inc. ("ARRIS") is a nongovernment corporate party to this action. No parent corporation or publicly held corporation owns 10% or more of ARRIS's stock.

ARRIS Enterprises, Inc. ("ARRIS Enterprises") is a nongovernment corporate party that is wholly owned by ARRIS.

ARRIS Solutions, Inc. is a nongovernment corporate party that is wholly owned by ARRIS Enterprises.

General Instrument Corporation is a nongovernment corporate party that it is wholly owned by ARRIS.

1

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Jack B. Blumenfeld*

                                              Jack B. Blumenfeld (#1014)
                                              Maryellen Noreika (#3208)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899
                                              (302) 658-9200
                                              jblumenfeld@mnat.com
                                              mnoreika@mnat.com

                                              *Attorneys for Plaintiffs*

January 30, 2014
7966266.3